MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103
California State Bar #193901
Colorado State Bar #17868
333 Flint Street
Reno, Nevada 89501
775-221-7100 (office); 775-233-0914 (mobile)
michael@mjkennedylaw.com

ANDREA LEE LUEM
Andrea L. Luem, Esq.
400 South Fourth Street, Suite 500
Las Vegas, Nevada
702-600-8403 (office)
Andrea@luemlaw.com
**Attorneys for Defendant David Perez-Manchame**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-103-GMN-MDC |
| Plaintiff, | **Joint Stipulation To Amend One Aspect Of The Complex Case Scheduling Order** |
| v. | |
| JOSE LUIS REYNALDO REYES-CASTILLO, DAVID ARTURO PEREZ-MANCHAME, and ALEXANDER DE JESUS FIGUEROA-TORRES | |
| Defendants. | |

Plaintiff United States of America, and Defendants Jose Luis Reynaldo Reyes-Castillo, David Arturo Perez-Manchame, and Alexander De Jesus Figueroa-Torres, through their respective attorneys, hereby stipulate to amend the complex case scheduling order previously ordered in this case (ECF No. 158 and ECF No. 189) in one aspect:

The parties propose that **NO LATER THAN MONDAY, APRIL 7, 2025**:

the defendants will provide their expert witness disclosures in accordance with Federal Rule of Criminal Procedure 16(b)(1)(C),

///

1

The parties agree that good cause exists for this amendment as discovery pertaining to ECF No. 179 (Motion for Discovery of DNA Evidence Under FRCP 16(a)(1)(E)(i)) pertaining to items 2 through 5 identified in the motion remain undisclosed and are in the process of being produced to defendants. Therefore, the parties agree that defense experts will need to review the same before any notice and disclosure under FRCP 16(b)(1)(C) can made.

Date March 21, 2025        Respectfully submitted,

SUE FAHAMI
Acting United States Attorney
 */s/ Melanee Smith*
Melanee Smith
Steven Rose
Assistant U.S. Attorney

DAVID L. JAFFE
Chief, Organized Crime & Gang Section
U.S. Department of Justice
Justin Bish
Christopher Taylor
Trial Attorneys

*/s/ John Balazs*
RICHARD A. WRIGHT
MONTI J. LEVY
JOHN BALAZS
Counsel for defendant
JOSE LUIS REYNALDO REYES-CASTILLO

*/s/ Michael Kennedy*
ANDREA L. LUEM
MICHAEL J. KENNEDY
Counsel for defendant
DAVID ARTURO PEREZ-MANCHAME

*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN
IVETTE A. MANINGO
Counsel for defendant
ALEXANDER DE JESUS FIGUEROA-TORRES

**IT IS SO ORDERED**:

_____                    3-26-25
MAXIMILIANO D. COUVILLIER, III             Date
United States Magistrate Judge

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that he is a person of such age and discretion as to be competent to serve papers and that he served a copy of the foregoing through the Electronic Filing System to all parties.

                      */s/ Michael Kennedy*
                        Law Offices of Michael Jerome Kennedy, PLLC