SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
MELANEE SMITH
STEVEN J. ROSE
Nevada Bar Number 13575
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
Steven.Rose@usdoj.gov

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section
U.S. Department of Justice
JUSTIN BISH
CHRISTOPHER O. TAYLOR
Trial Attorneys
Violent Crime and Racketeering Section
U.S. Department of Justice
Justin.Bish@usdoj.gov
Christopher.Taylor2@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00103-GMN-MDC |
| Plaintiff, | **Government's Emergency Motion for a Status Conference** |
| vs. | |
| JOSE LUIS REYNALDO REYES-CASTILLO, a/k/a "Molesto,"<br>DAVID ARTURO PEREZ-MANCHAME, a/k/a "Walter Melendez," a/k/a "Herbi," a/k/a "Catracho,"<br>JOEL VARGAS-ESCOBAR, a/k/a "Momia," and<br>ALEXANDER DE JESUS FIGUEROA-TORRES, | |
| Defendants. | |

The United States, by and through the undersigned, respectfully moves this Court to set a status conference as soon as practicable to address the current trial date. Trial is currently set for April 21, 2025. The trial date was set with the agreement of the Court, the government, and three of the four charged defendants, excluding defendant Joel Vargas-Escobar. On April 1, 2025, defendant Joel Vargas-Escobar was taken into federal custody and must be joined for trial with his co-defendants.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   Relevant Background and Procedural Posture

On March 2, 2018, defendants Jose Luis Reynaldo Reyes-Castillo ("Reyes-Castillo") and David Arturo Perez-Manchame ("Perez-Manchame") were arrested by the Las Vegas Metropolitan Police Department. They have remained in continuous custody since that date.[1] On April 30, 2019, a federal grand jury sitting in the District of Nevada returned an indictment charging Reyes-Castillo and Perez-Manchame with Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1) and related crimes. On August 4, 2021, a superseding indictment was filed charging Reyes-Castillo, Perez-Manchame, Joel Vargas-Escobar ("Vargas-Escobar"), and Alexander de Jesus Figueroa-Torres ("Figueroa-Torres") with RICO Conspiracy in violation of 18 U.S.C. § 1962(d), Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1), and related crimes. On the same date the superseding indictment was filed, arrest warrants were issued for Vargas-Escobar and Figueroa-Torres but their whereabouts were unknown.[2] In January 2024, Figueroa-Torres voluntarily reentered the United States and was arrested in the

---

[1] Reyes-Castillo and Perez-Manchame were initially held on immigration related crimes. As discussed *infra*, they were later transferred to federal custody after being indicted on federal RICO charges.

[2] Both Vargas-Escobar and Figueroa-Torres had been deported to El Salvador prior to the superseding indictment being filed.

Southern District of Texas on immigration related charges. In February 2024, Figueroa-Torres was transferred to the District of Nevada pursuant to the arrest warrant that was issued on August 4, 2021. He has remained in continuous federal custody since his arrest.

On June 26, 2024, a second superseding indictment was filed containing the same charges for each defendant as the first superseding indictment but added additional overt acts to Count One, RICO Conspiracy. On February 25, 2025, a third superseding indictment was filed containing the same charges for each defendant as the first and second superseding indictments but added additional overt acts to Count One. On the same date the third superseding indictment was filed, an arrest warrant was issued for Joel Vargas-Escobar. On April 1, 2025, Vargas-Escobar was arrested by the Federal Bureau of Investigation (FBI) in Westbury, New York. He made his initial appearance in the Eastern District of New York on April 2, 2025, and was ordered to be transferred to the District of Nevada pursuant to the arrest warrant issued on February 25, 2025.

**II.     Legal Standard**

Under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, co-defendants must be joined for trial. *See* 18 U.S.C. § 3161(h)(6). The legislative history of Section 3161(h)(6) "demonstrates a strong Congressional preference for joint trials" and "that the Speedy Trial Act does not alter the present rules governing severance of co-defendants by forcing the government to prosecute defendants separately. Congress thus explicitly recognized the utility of multi-defendant trials to effectuate the prompt efficient disposition of criminal justice…" *United States v. Culpepper*, 898 F.2d 65, 68 (6th Cir. 1990). Further, the trial of a defendant "shall not commence less than thirty days from the date on which the defendant first appears through counsel…" *See* 18 U.S.C. § 3161(c)(2).

**III.     Argument**

The current trial setting of April 21, 2025, was set by the Court while Vargas-Escobar was a fugitive. However, Vargas-Escobar is now in custody and has made an appearance before a federal magistrate judge. He has been ordered to be transferred to the District of Nevada and will arrive in this district prior to April 21, 2025. Pursuant to 18 U.S.C. § 3161(h)(6) he must be joined for trial with his co-defendants. Given the short time between his expected arrival in the District of Nevada and the current trial setting, it is unrealistic that he will be ready to proceed to trial on April 21. Further, unless he consents in writing trial may not commence within 30 days of his first appearance. Given the complexities and expected duration of this multi-defendant trial, and that filing deadlines are quickly approaching, the government respectfully requests the Court to set this matter for a status conference as soon as practicable to determine how to proceed.

DATED: April 2, 2025

SIGAL CHATTAH
United States Attorney

*/s/Melanee Smith*
*/s/Steven Rose*
MELANEE SMITH
STEVEN ROSE
Assistant U.S. Attorneys

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section

*/s/Justin Bish*
*/s/Christopher Taylor*
JUSTIN BISH
CHRISTOPHER TAYLOR
Trial Attorneys
Violent Crime and Racketeering Section
U.S. Department of Justice