MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103
California State Bar #193901
Colorado State Bar #17868
333 Flint Street
Reno, Nevada 89501
775-221-7100 (office); 775-233-0914 (mobile)
michael@mjkennedylaw.com

ANDREA LEE LUEM
Andrea L. Luem, Esq.
400 South Fourth Street, Suite 500
Las Vegas, Nevada
702-600-8403 (office)
Andrea@luemlaw.com
**Attorneys for Defendant David Perez-Manchame**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | No. 2:19-cr-103-GMN-MDC |
| Plaintiff, | **Joint Stipulation To Advance Trial and Calendar Call Dates** |
| v. | |
| Jose Luis Reynaldo Reyes-Castillo, David Arturo Perez Manchame, Joel Vargas Escobar, and Alexander De Jesus Figueroa-Torres | |
| Defendants. | |

Plaintiff United States of America, and Defendants Jose Luis Reynaldo Reyes-Castillo, David Arturo Perez-Manchame, Joel Vargas-Escobar, and Alexander De Jesus Figueroa-Torres, through their respective attorneys, hereby stipulate to advance the jury trial to **March 23, 2026 at 8:30 a.m. in Las Vegas Courtroom 7D** and the calendar call to **March 10, 2026 at 9:00 a.m also in Courtroom 7D.** See ECF No. 347 (2025-08-18 Status Conference minutes).

Date August 21, 2025      Respectfully submitted,

Sigal Chattah
Acting United States Attorney
*/s/ Melanee Smith*
Melanee Smith
Steven Rose
Assistant U.S. Attorneys

1

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section
U.S. Department of Justice
*/s/ Justin Bish*
CHRISTOPHER TAYLOR
JUSTIN BISH
Trial Attorneys

*/s/ Richard Wright*
RICHARD A. WRIGHT
MONTI J. LEVY
JOHN BALAZS
Counsel for defendant
JOSE LUIS REYNALDO REYES-CASTILLO

*/s/ Michael Kennedy*
ANDREA L. LUEM
MICHAEL J. KENNEDY
Counsel for defendant
DAVID ARTURO PEREZ-MANCHAME

*/s/ Richard Tanasi*
RICHARD E. TANASI
NATHAN D. CHAMBERS
Counsel for defendant
JOEL VARGAS-ESCOBAR

*/s/ Lisa Rasmussen*
LISA A. RASMUSSEN
IVETTE A. MANINGO
Counsel for defendant
ALEXANDER DE JESUS FIGUEROA-TORRES

IT IS SO ORDERED:

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

August 21, 2025
Date

**CERTIFICATE OF SERVICE**

The undersigned certifies that he is a person of such age and discretion as to be competent to serve papers and that he served a copy of the foregoing through the Electronic Filing System to all parties.

    */s/ Michael Kennedy*
    Law Offices of Michael Jerome Kennedy, PLLC