**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

JOSE LUIS REYNALDO REYES-CASTILLO, *et al.*,

     Defendants.

Case No.: 2:19-cr-00103-GMN-MDC

**ORDER**

Photography and recording of any proceedings within the Federal Court for the District of Nevada is strictly prohibited.  For this reason and related security concerns, for the jury trial scheduled to begin March 23, 2026, in this matter, only counsel of record and their staff and technicians will be allowed their cellphones and computers in the courtroom; nevertheless, no recording or photography of the proceedings is permitted.  Members of the public will NOT be allowed possession of their computers or cellphones within the Courtroom and are subject to secondary screening prior to entry to observe proceedings.

Any violation of this order may subject an individual or party to sanctions and contempt proceedings that may lead to a monetary sanction or incarceration.

///

///

///

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that only counsel of record and their staff and technicians will be allowed their cellphones and computers in the courtroom. No recording or photography of the proceedings is permitted.

**IT IS FURTHER ORDERED** that counsel must supply the courtroom administrator with a list of the names of attorneys and related staff who will be attending and in possession of computers or cellphones no later than March 3, 2026, at 2:00 p.m.

**DATED** this __12__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court