# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:19-cr-00103-GMN-MDC |
| vs. | |
| JOSE LUIS REYNALDO REYES-CASTILLO, *et al.*, | **COURT'S GUIDANCE FOR SKETCH ARTISTS** |
| Defendants. | |

It has been brought to the Court's attention that sketches of courtroom proceedings have been produced depicting witnesses who are cooperating with the government.  Due to security concerns regarding these witnesses, any sketch artists in attendance are advised that the Court requests that the clothes of any cooperating witnesses be obscured to prevent identification of the location where any cooperating witness is being housed.

**DATED** this __1__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court