UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
****

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:19-cr-00103-GMN-MDC |
| JOSE LUIS REYNALDO REYES-CASTILLO, DAVID ARTURO PEREZ-MANCHAME, and JOEL VARGAS-ESCOBAR, | MINUTES OF THE COURT |
| | Date: April 22, 2026 |
| Defendants. | |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

Deputy Clerk:    NEV    Court Reporter: Samantha Pena/Patty Eaker

Counsel for the Government: Melanee Smith, Steven Rose, Christopher Taylor, Paralegal Kyla Mannix, and Special Agents Colton Eyres and Kirsten Malkovich with Spanish Interpreters Angelica Ortiz-Cichocki and Julie Drucker

Counsel for Defendants: John Balazs, CJA, Monti Levy, CJA, Richard Wright, CJA, with Paralegal Jennie Esquivel; Michael Kennedy, CJA, Andrea Luem, CJA, Lucy Hallett, CJA, with Paralegal Tatum Wehr; Richard Tanasi, CJA, and Nathan Chambers, CJA

Interpreters: Cristina Sanchez, Patricia Tejada, and Estela Castro

**MINUTES OF PROCEEDINGS: <u>JURY TRIAL - DAY SIXTEEN</u>**

8:46 a.m. – The Court reconvenes.  Outside the presence of the jury, the Court reminds everyone about cell phone usage in the courtroom. The Court also discusses Defendant [494] Vargas-Escobar's [494] Stipulation and Order Regarding Evidence. As stated on the record, the [494] Stipulation is granted. Mr. Tanasi discusses Juror #5's prior request. Mr. Kennedy raises an issue regarding testifying witness. Mr. Kennedy's office shall submit a proposed order under seal. The jury enters the courtroom. Vladimir Alexander Ayala-Melara, previously sworn, continues to testify on direct examination by Mr. Rose.

10:07 a.m. - The jury is admonished and excused for a break. The Court stands at recess.

10:30 a.m. - The Court reconvenes. The jury enters the courtroom. Vladimir Alexander Ayala-Melara, previously sworn, continues to testify on direct examination by Mr. Rose. Spanish Interpreters Angelica Ortiz-Cichocki and Julie Drucker are present.  **Government's exhibit 114E is marked and admitted.**

12:07 p.m. - The jury is admonished and excused for lunch. Outside the presence of the jury, The Court and counsel discuss housekeeping matters. The Court stands at recess.

1:09 p.m. - The Court reconvenes. The jury enters the courtroom. Vladimir Alexander Ayala-Melara, previously sworn, continues to testify on direct examination by Mr. Rose. Cross examination conducted by Mr. Chambers. **Defendant Perez-Manchame's exhibit 7303-1 is used for recollection purposes and not admitted.**

2:33 p.m. - The jury is admonished and excused for a break. The Court stands at recess.

3:00 p.m. - The Court reconvenes. The jury enters the courtroom. Vladimir Alexander Ayala-Melara, previously sworn, continues to testify on cross examination by Mr. Chambers. **Defendant Perez-Manchame's exhibit 7301-2 is used for recollection purposes and not admitted.**

3:37 p.m. - The jury is admonished and excused for the day.

IT IS HEREBY ORDERED the jury trial in this matter is continued to Thursday, April 23, 2026, at 8:30 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

BY:     /s/
NEV, Deputy Clerk