UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
****

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS REYNALDO REYES-CASTILLO, DAVID ARTURO PEREZ-MANCHAME, and JOEL VARGAS-ESCOBAR, <br><br> Defendants. | 2:19-cr-00103-GMN-MDC <br><br> MINUTES OF THE COURT <br><br> Date: April 28, 2026 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

Deputy Clerk:   NEV   Court Reporter: Kim Farkas/Samantha Pena

Counsel for the Government: Melanee Smith, Steven Rose, Christopher Taylor, Paralegal Kyla Mannix, and Special Agents Colton Eyres and Kirsten Malkovich with Spanish Interpreters Angelica Ortiz-Cichocki and Julie Drucker

Counsel for Defendants: John Balazs, CJA, Monti Levy, CJA, Richard Wright, CJA, with Paralegal Jennie Esquivel; Michael Kennedy, CJA, Andrea Luem, CJA, Lucy Hallett, CJA, with Paralegal Tatum Wehr; Richard Tanasi, CJA, and Nathan Chambers, CJA

Interpreters: Cristina Sanchez, Carola Anderson, and Patricia Tejada

**MINUTES OF PROCEEDINGS: <u>JURY TRIAL - DAY NINETEEN</u>**

8:35 a.m. – The Court reconvenes.  Outside the presence of the jury, the Court discusses the Government's [507] Motion to Preclude Questions or Arguments Calling an Individual a Liar for Exercising the Constitutional Right to Plead Not Guilty. As stated on the record, the [507] Motion is DENIED.  Additional matters are discussed between the court and counsel. The jury enters the courtroom. Josue Ivan Diaz-Orellana, previously sworn, continues to testify on direct examination by Mr. Taylor.

9:59 a.m. - The jury is admonished and excused for a break. The Court stands at recess.

10:32 a.m. - The Court reconvenes.  Outside the presence of the jury, Mr. Rose raises potential issues regarding the denial of the [507] Motion. Mr. Kennedy responds. The jury enters the courtroom. Josue Ivan Diaz-Orellana, previously sworn, continues to testify on direct examination by Mr. Taylor. **Government's exhibits 114T and 114W are marked and admitted.**  Cross examination conducted by Mr. Wright. **Defendant Perez-Manchame's exhibits 7010-3 and 7202-4 are used for recollection purposes and not admitted.**

11:54 a.m. - The jury is admonished and excused for lunch. The Court stands at recess.

1:03 p.m. – The Court reconvenes. The jury enters the courtroom.  Josue Ivan Diaz-Orellana, previously sworn, continues to testify on cross examination by Mr. Wright. **Defendant Perez-Manchame's exhibits 7200-6 and 7204-1 are used for recollection purposes and not admitted.**

2:23 p.m. - The jury is admonished and excused for a break. The Court stands at recess.

2:44 p.m. – The Court reconvenes. The jury enters the courtroom.  Josue Ivan Diaz-Orellana, previously sworn, continues to testify on cross examination by Mr. Wright. The jury is admonished and excused for the day. Outside the presence of the jury, the Court states it will execute Defendant Perez-Manchame's [517] Second Proposed Order. Government's [508] Motion to Deny Further Document Requests Related to the Witness Security Program is DENIED.

3:39 p.m. - The Court adjourns.

IT IS HEREBY ORDERED the jury trial in this matter is continued to <u>Thursday, April 30, 2026, at 8:30 a.m.</u> in Courtroom 7D before Judge Gloria M. Navarro.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

BY:_____/s/_____
NEV, Deputy Clerk