# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

JOSE LUIS REYNALDO REYES-
CASTILLO, DAVID ARTURO PEREZ-
MANCHAME, and JOEL VARGAS-
ESCOBAR,

                        Defendants.

Case No. 2:19-cr-00103-GMN-MDC

**ORDER**

        This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

        IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED this ____25____ day of June, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE