**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

JOSE LUIS REYNALDO REYES-CASTILLO, *et al.*,

               Defendants.

Case No.: 2:19-cr-00103-GMN-MDC

**ORDER**

Pending before the Court are the Motion for Reconsideration, (ECF No. 445), filed by the Government, the Motion in Limine in Support of Oral Motion, (ECF No. 459), filed by Defendant Joel Vargas-Escobar, the Motion for Joinder, (ECF No. 460), filed by Defendant Jose Luis Reynaldo Reyes-Castillo, the Motion for Joinder, (ECF No. 515), filed by Defendant Vargas-Escobar, the Motion for Joinder, (ECF No. 518), filed by Defendant Reyes-Castillo, and the Motion in Limine to Preclude Mention of Joel Vargas-Escobar in CAST Report, (ECF No. 582), filed by Defendant Vargas-Escobar.

The Court addresses each motion in turn.

First, the dispute underlying the Government's Motion for Reconsideration was resolved by the parties during trial. (*See* Tr. 04/01/2026 AM 12:5–14:11, ECF No. 450); (Tr. 04/07/2026 PM 64:5–74:25, ECF No. 472); (Tr. 05/04/2026 PM 16:13–18:5, ECF No. 546).  Therefore, the Court DENIES the Motion for Reconsideration as moot.

Second, the Government agreed during trial not to elicit statements that Defendant Vargas-Escobar's Motion in Limine in Support of Oral Motion sought to preclude. (Tr. 04/06/2024 PM 14:4–15:11, ECF No. 464).  Therefore, the Court DENIES the Motion in Limine in Support of Oral Motion as moot.

Third, the Court GRANTS each of the three Joinders filed by the Defendants.

Fourth, the Court granted, in part, Defendant Vargas-Escobar's Motion in Limine to Preclude Mention of Joel Vargas-Escobar in CAST Report during trial. (*See* Tr. 05/21/2026 PM 47:2–8, ECF No. 598); (*see also* Tr. 05/26/2026 AM 84:2–99:11, ECF No. 610).  Therefore, the Court GRANTS, in part, and DENIES, in part, the Motion in Limine to Preclude Mention of Joel Vargas-Escobar in CAST Report.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion for Reconsideration, (ECF No. 445), is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendant Vargas-Escobar's Motion in Limine in Support of Oral Motion, (ECF No. 459), is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendant Reyes-Castillo's Motion for Joinder, (ECF No. 460), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Vargas-Escobar's Motion for Joinder, (ECF No. 515), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Reyes-Castillo's Motion for Joinder, (ECF No. 518), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Vargas-Escobar's Motion in Limine to Preclude Mention of Joel Vargas-Escobar in CAST Report, (ECF No. 582), is **GRANTED**, in part, and **DENIED**, in part.

**DATED** this __9__ day of July, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court