**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE LUIS REYNALDO REYES-CASTILLO, *et al.*,

Defendants.

Case No.: 2:19-cr-00103-GMN-MDC

**ORDER GRANTING MOTION TO DISMISS**

Before the Court is the Motion to Dismiss Certain Counts of the Third Superseding Indictment, (ECF No. 675), filed by the Government. Defendants Jose Luis Reynaldo Reyes-Castillo, David Arturo Perez-Manchame, and Joel Vargas-Escobar (collectively, "Defendants") each filed a Notice of Non-Opposition, (ECF Nos. 677, 678, 679), in response.

Defendants were charged in the Third Superseding Indictment ("Indictment") with RICO Conspiracy in violation of 18 U.S.C. § 1962(d), Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1), and related counts. (*See generally* Indictment, ECF No. 223); (Mot. Dismiss 2:1–3, ECF No. 675). Trial commenced in this case on March 23, 2026, and the Defendants were ultimately found guilty of multiple counts contained in the Indictment on June 29, 2026. (*See* Jury Verdict, ECF No. 662). However, the jury was unable to reach a verdict on the remaining counts, and with the Defendants' agreement, the Court declared a mistrial on those counts. (*See* Minutes at 2, ECF No. 660). The Government now moves to dismiss the following counts in the Indictment without prejudice: Counts 16, 17, and 18 as to Defendant Reyes-Castillo; Counts 12–26, and 29–32 as to Defendant Perez-Manchame; and Counts 2, 3, and 4 as to Defendant Vargas-Escobar. (Mot. Dismiss 3:4–6). All three Defendants filed Notices of Non-Opposition explaining that they do not oppose the

Government's Motion to Dismiss. (*See* Reyes-Castillo Not. Non-Opp., ECF No. 677); (Perez-Manchame Not. Non-Opp., ECF No. 678); (Vargas-Escobar Not. Non-Opp., ECF No. 679).

Because none of the Defendants oppose the Government's Motion, the Court GRANTS the Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss, (ECF No. 675), is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts 16, 17, and 18 of the Third Superseding Indictment, (ECF No. 223), are **DISMISSED without prejudice** as to Defendant Reyes-Castillo.

**IT IS FURTHER ORDERED** that Counts 12–26, and 29–32 of the Third Superseding Indictment, (ECF No. 223), are **DISMISSED without prejudice** as to Defendant Perez-Manchame.

**IT IS FURTHER ORDERED** that Counts 2, 3, and 4 of the Third Superseding Indictment, (ECF No. 223), are **DISMISSED without prejudice** as to Defendant Vargas-Escobar.

**IT IS FURTHER ORDERED** that the Status Conference scheduled for August 10, 2026, in LV Courtroom 7D at 9:00 A.M. before Judge Gloria M. Navarro is **VACATED**.

**DATED** this 5 day of August, 2026.

________________________________
Gloria M. Navarro, District Judge
United States District Court